UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Bridgette D.,

            Plaintiff,        Case No. 22-cv-11646

v.                              Judith E. Levy
                               United States District Judge

Kilolo Kijakazi,
                               Mag. Judge Curtis Ivy, Jr.
           Defendant.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION [19], GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [13], AND DENYING DEFENDANT'S MOTION FOR <u>SUMMARY JUDGMENT [18]</u>**

    This is a Social Security appeal. On July 31, 2023, Magistrate Judge Curtis Ivy, Jr. issued a report and recommendation ("R&R") (ECF No. 19) recommending the Court grant Plaintiff's motion for summary judgment (ECF No. 13) and deny Defendant's motion for summary judgment (ECF No. 18). The parties were required to file specific written objections to the report and recommendation within 14 days of service. Fed. R. Civ. P. 72(b)(2); E.D. Mich. LR 72.1(d). No objections were filed. The court has nevertheless thoroughly reviewed

the report and recommendation and concurs in the reasoning and result. Accordingly,

The report and recommendation (ECF No. 19) is ADOPTED;

Plaintiff's motion for summary judgment (ECF No. 13) is GRANTED;

Defendant's motion for summary judgment (ECF No. 18) is DENIED; and

The findings of the Commissioner are REVERSED AND REMANDED for proceedings consistent with the report and recommendation.[1]

IT IS SO ORDERED.

| | |
|---|---|
| Dated: August 21, 2023<br>Ann Arbor, Michigan | s/Judith E. Levy<br>JUDITH E. LEVY<br>United States District Judge |

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on August 21, 2023.

s/William Barkholz
WILLIAM BARKHOLZ
Case Manager

---

[1] By failing to object to the Report and Recommendation, the parties have waived any further right of appeal. *United States v. Sullivan*, 431 F.3d 976, 984 (6th Cir. 2005).